Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Michael L. Schrag (SBN 185832)
mls@classlawgroup.com
Andre M. Mura (SBN 298541)
amm@classlawgroup.com
Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Amy M. Zeman (SBN 273100)
amz@classlawgroup.com
Steve Lopez (SBN 300540)
sal@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/28/2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGNOL ET CIE., INC. dba CHEZ PANISSE RESTAURANT,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMCO INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 4:20-cv-04488-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Pagnol Et Cie. d/b/a Chez Panisse hereby voluntarily dismisses its claims against Defendant AMCO Insurance Company without prejudice. Defendant has not served an answer or motion for summary judgment in this case. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a)(1).

Dated:  October 22, 2020

Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: */s/ Michael L. Schrag*

Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Michael L. Schrag (SBN 185832)
mls@classlawgroup.com
Andre M. Mura (SBN 298541)
amm@classlawgroup.com
Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Amy M. Zeman (SBN 273100)
amz@classlawgroup.com
Steve Lopez (SBN 300540)
sal@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701

Andrew N. Friedman (*pro hac vice forthcoming*)
Victoria S. Nugent (*pro hac vice forthcoming*)
Julie Selesnick (*pro hac vice forthcoming*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice forthcoming*)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005

Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
jselesnick@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiff*